1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                      No. 2:23-cv-02067-TLN-KJN

         IN RE:  STEVEN WAYNE BONILLA
12                                                      No. 2:23-cv-02068-TLN-KJN

13                                                      No. 2:23-cv-02069-TLN-KJN

14                                                      No. 2:23-cv-02070-TLN-KJN

15                                                      No. 2:23-cv-02071-TLN-KJN

16                                                      No. 2:23-cv-02072-TLN-KJN

17                                                      No. 2:23-cv-02074-TLN-KJN

18                                                      No. 2:23-cv-02075-TLN-KJN

19                                                      No. 2:23-cv-02076-TLN-KJN

20                                                      No. 2:23-cv-02077-TLN-KJN

21                                                      **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to Magistrate Judge Kendall J. Newman for review.  (*Id.* at ECF No. 26).  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02067, 2:23-cv-02068, 2:23-cv-02069, 2:23-cv-02070, 2:23-cv-02071, 2:23-cv-02072, 2:23-cv-02074, 2:23-cv-02075, 2:23-cv-02076 and 2:23-cv-02077 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Date:  October 10, 2023

Troy L. Nunley
United States District Judge

2